Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER NEMER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone:(949) 760-1121
Facsimile: (949) 720-0182
E-mail: btran@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| DIRECTV, INC., a California corporation, | Case No.: CIV-F-03-6674 OWW DLB |
|---|---|
| Plaintiff, | Hon. Oliver W. Wanger |
| vs. | **ORDER DISMISSING DEFENDANT RICK CURRY** |
| RICK CURRY, | |
| Defendant. | |

Having read the Request for Voluntary Dismissal of Defendant RICK CURRY filed herein by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1.   This action is hereby dismissed with prejudice as against Defendant RICK CURRY; and

2.   Each party shall bear its/his own attorneys' fees and costs incurred in this action to date.

DATED: September 16, 2005                          /s/ OLIVER W. WANGER

_____
Honorable Oliver W. Wanger
United States District Court
Eastern District of California

BNFY 664302v1                              1                       (CIV-F-03-6674 OWW DLB)

**[PROPOSED] ORDER DISMISSING DEFENDANT RICK CURRY**

PDF created with pdfFactory trial version www.pdffactory.com